LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 11, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Jose Santiago; 23 Cr. 257 (PAE)**

Dear Judge Engelmayer:

    We represent Jose Santiago in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. We write, without objection from the Government, to request a 45-day adjournment of sentencing, which is currently scheduled for December 19, 2024.

    On May 8, 2024, Mr. Santiago pled guilty to Count One of the indictment. He faces a ten-year mandatory minimum sentence. Since then, we have been in the process of steadily gathering mitigation information related to Mr. Santiago's history and background by way of interviews with him and his family and collection of various medical and treatment records. After much effort, we received a voluminous amount of records last month pertaining to Mr. Santiago's extensive trauma, substance abuse and mental health history, dating back to his childhood years. Such material has been provided to our forensic psychologist who is in the process of review as part of her evaluation, assessment and treatment recommendations for Mr. Santiago. As such, an adjournment is necessary to complete this work and prepare our sentencing submission for the Court. In consideration of this work that needs to be completed, we respectfully request a 45-day adjournment of sentencing.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

**GRANTED.** Sentencing is adjourned to **February 10, 2025** at **11:00 a.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 67.

SO ORDERED.

12/11/2024

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge